# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: §
  §
Alexia Flerlage § Case No. 17-00277
  §
          Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/05/2017 . The undersigned trustee was appointed on 01/05/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $   25,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 691.00 |
   | Bank service fees | 204.63 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 12,500.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 11,604.37 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  02/20/2018  and the deadline for filing governmental claims was  02/20/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,000.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,000.00 , for a total compensation of $ 2,000.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 35.52 , for total expenses of $ 35.52 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/17/2019              By:/s/Joji Takada, Chapter 7 Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 17-00277 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Alexia Flerlage | | | | Date Filed (f) or Converted (c): | 01/05/2017 (f) |
| | | | | | 341(a) Meeting Date: | 01/31/2017 |
| For Period Ending: | 03/17/2019 | | | | Claims Bar Date: | 02/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Ford Focus Many Issues With This Car 23 Recalls On The | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 2. Household Goods And Furnishings. | 250.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 35.00 | 0.00 | | 0.00 | FA |
| 5. Financial Plus | 25.00 | 0.00 | | 0.00 | FA |
| 6. Frank Zeller, Landlord | 2,100.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance Through Employer. No Cash Value. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Values Listed On Schedule B Are The Debtor's/Debtors' Best E | 0.00 | 0.00 | | 0.00 | FA |
| 9. Personal Injury Lawsuit (u) Section 1983 litigation against City of Oswego police | 0.00 | 25,000.00 | | 25,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $4,910.00   $27,000.00   $25,000.00   $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened to administer undisclosed asset. - Joji Takada 11/28/2017

Received settlement funds; Confirming whether tax return is necessary. - Joji Takada 3/28/2018

Tax return in process. - Joji Takada 7/16/2018

Tax return filed; Awaigint prompt determination. - Joji Takada 11/26/2018

Initial Projected Date of Final Report (TFR): 12/31/2018    Current Projected Date of Final Report (TFR): 06/30/2019

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00277  
Case Name: Alexia Flerlage  
Taxpayer ID No: XX-XXX4488  
For Period Ending: 03/17/2019  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0577  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 9 | Argonaug Great Central Insurance Company | Settlement payment Settlement of undisclosed PI claim against Village of Owego police | 1242-000 | $25,000.00 | | $25,000.00 |
| 03/19/18 | 1001 | Flerlage, Alexia c/o Geoffrey Miller Dentons 233 S Wacker Dr #5900 Chicago, IL 60606-6361 | Exemption Debtor's exemption | 8100-002 | | $12,500.00 | $12,500.00 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.38 | $12,485.62 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.96 | $12,467.66 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.54 | $12,449.12 |
| 06/14/18 | 1002 | United States Treasury Internal Revenue Service Cincinnati, Ohio 45999 | Distribution Fiduciary tax return | 2810-000 | | $211.00 | $12,238.12 |
| 06/14/18 | 1003 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Distribution Fiduciary tax return | 2820-000 | | $480.00 | $11,758.12 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.62 | $11,740.50 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.46 | $11,723.04 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.43 | $11,705.61 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.84 | $11,688.77 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.38 | $11,671.39 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.79 | $11,654.60 |

Page Subtotals:                                                                                            $25,000.00        $13,345.40

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

Case No: 17-00277                                   Trustee Name: Joji Takada, Chapter 7 Trustee
Case Name: Alexia Flerlage                          Bank Name: Associated Bank
                                                    Account Number/CD#: XXXXXX0577
                                                    Checking
Taxpayer ID No: XX-XXX4488                          Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 03/17/2019                       Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.33 | $11,637.27 |
| 02/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.30 | $11,619.97 |
| 03/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.60 | $11,604.37 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $25,000.00 | $13,395.63 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $13,395.63 |
| Less: Payments to Debtors | $0.00 | $12,500.00 |
| Net | $25,000.00 | $895.63 |

Page Subtotals:    $0.00    $50.23

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page: 3

Case 17-00277   Doc 36   Filed 03/27/19   Entered 03/27/19 08:39:16   Desc Main
                Document      Page 6 of 13

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0577 - Checking | $25,000.00 | $895.63 | $11,604.37 |
|  | $25,000.00 | $895.63 | $11,604.37 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Case 17-00277   Doc 36   Filed 03/27/19   Entered 03/27/19 08:39:16   Desc Main
                Document      Page 6 of 13

Page Subtotals: $0.00 $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-00277  
Debtor Name: Alexia Flerlage  
Claims Bar Date: 2/20/2018  
Date: March 17, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Alexia Flerlage<br>c/o Geoffrey Miller<br>Dentons<br>233 S Wacker Dr #5900<br>Chicago, IL 60606-6361 | Administrative | | $0.00 | $12,500.00 | $12,500.00 |
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $2,000.00 | $2,000.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $35.52 | $35.52 |
| 100 2810 | United States Treasury<br>Internal Revenue Service<br>Cincinnati, Ohio 45999 | Administrative | | $0.00 | $211.00 | $211.00 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $480.00 | $480.00 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $904.00 | $904.00 |
| 1 300 7100 | Capital One Bank (USA), N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $351.02 | $351.02 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>Sadino Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $113.77 | $113.77 |
| 3 300 7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $320.52 | $320.52 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-00277  
Debtor Name: Alexia Flerlage  
Claims Bar Date: 2/20/2018  
Date: March 17, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 350 7200 | Streator Onized Credit  Socu  912 N Shabbona St  Streator Il 61364 | Unsecured | | $0.00 | $6,353.88 | $6,353.88 |
| 5 350 7200 | Cottonwood Financial Illinois Llc  Dba The Cash Store  1901 Gateway Drive Ste 200  Irving, Tx 75038 | Unsecured | | $0.00 | $1,328.85 | $1,328.85 |
| 6 350 7200 | Montgomery Ward  C/O Creditors Bankruptcy Service  P O Box 800849  Dallas, Tx 75380 | Unsecured | | $0.00 | $50.94 | $50.94 |
| | Case Totals | | | $0.00 | $24,649.50 | $24,649.50 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Case Number: 17-00277  
Debtor Name: Flerlage, Alexia

Date: March 17, 2019  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $11,604.37 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $2,000.00 | $9,604.37 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $35.52 | $0.00 | $35.52 | $35.52 | $0.00 | $0.00 | $35.52 | $9,568.85 |
| | Alexia Flerlage<br>c/o Geoffrey Miller<br>Dentons<br>233 S Wacker Dr #5900<br>Chicago, IL 60606-6361 | Administrative | 99 | $12,500.00 | $12,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,568.85 |
| | United States Treasury<br>Internal Revenue Service<br>Cincinnati, Ohio 45999 | Administrative | 100 | $211.00 | $211.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,568.85 |
| | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Administrative | 100 | $480.00 | $480.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,568.85 |
| | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | 100 | $904.00 | $0.00 | $904.00 | $904.00 | $0.00 | $0.00 | $904.00 | $8,664.85 |
| | Subtotals for Class Administrative 100.00% | | | $16,130.52 | $13,191.00 | $2,939.52 | $2,939.52 | $0.00 | $0.00 | $2,939.52 | |
| 1 | Capital One Bank (USA), N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 300 | $351.02 | $0.00 | $351.02 | $351.02 | $0.00 | $6.01 | $357.03 | $8,307.82 |
| 2 | Quantum3 Group Llc As Agent For<br>Sadino Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | 300 | $113.77 | $0.00 | $113.77 | $113.77 | $0.00 | $1.94 | $115.71 | $8,192.11 |
| 3 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | 300 | $320.52 | $0.00 | $320.52 | $320.52 | $0.00 | $5.49 | $326.01 | $7,866.10 |

Proposed Distribution

Case Number: 17-00277  
Debtor Name: Flerlage, Alexia

Date: March 17, 2019  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Streator Onized Credit Socu<br>912 N Shabbona St<br>Streator Il 61364 | Unsecured | 350 | $6,353.88 | $0.00 | $6,353.88 | $6,353.88 | $0.00 | $108.81 | $6,462.69 | $1,403.41 |
| 5 | Cottonwood Financial Illinois Llc<br>Dba The Cash Store<br>1901 Gateway Drive Ste 200<br>Irving, Tx 75038 | Unsecured | 350 | $1,328.85 | $0.00 | $1,328.85 | $1,328.85 | $0.00 | $22.75 | $1,351.60 | $51.81 |
| 6 | Montgomery Ward<br>C/O Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, Tx 75380 | Unsecured | 350 | $50.94 | $0.00 | $50.94 | $50.94 | $0.00 | $0.87 | $51.81 | $0.00 |
| Subtotals for Class Unsecured 101.71% | | | | $8,518.98 | $0.00 | $8,518.98 | $8,518.98 | $0.00 | $145.87 | $8,664.85 | |
| Totals | | | | $24,649.50 | $13,191.00 | $11,458.50 | $11,458.50 | $0.00 | $145.87 | $11,604.37 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  
Interest calculated using 0.87% interest from 01/05/2017 to 03/17/2019.

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-00277
Case Name: Alexia Flerlage
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 11,604.37

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: Joji Takada | $ 35.52 | $ 0.00 | $ 35.52 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 904.00 | $ 0.00 | $ 904.00 |
| Other: Illinois Department of Revenue | $ 480.00 | $ 480.00 | $ 0.00 |
| Other: United States Treasury | $ 211.00 | $ 211.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $ 2,939.52
Remaining Balance                                            $ 8,664.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 785.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N. A. | $ 351.02 | $ 0.00 | $ 351.02 |
| 2 | Quantum3 Group Llc As Agent For | $ 113.77 | $ 0.00 | $ 113.77 |
| 3 | Quantum3 Group Llc As Agent For | $ 320.52 | $ 0.00 | $ 320.52 |
| | Total to be paid to timely general unsecured creditors | | | $ 785.31 |
| | Remaining Balance | | | $ 7,879.54 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,733.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Streator Onized Credit | $ 6,353.88 | $ 0.00 | $ 6,353.88 |
| 5 | Cottonwood Financial Illinois Llc | $ 1,328.85 | $ 0.00 | $ 1,328.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Montgomery Ward | $ 50.94 | $ 0.00 | $ 50.94 |
| | Total to be paid to tardy general unsecured creditors | | | $ 7,733.67 |
| | Remaining Balance | | | $ 145.87 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.9 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 145.87 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.